Leonard E. Starr III - VSB #9203
LEONARD STARR PC
P. O. Box 468
119 W. Williamsburg Road
Sandston, VA  23150
Tel 804 737-5216
Fax 804 737-8185
LStarr@Starr-Law.com
Co-Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**In re**

*DOUGLAS RAY CORNELL JR.*    Case No. BK 19-33636-KLP

Chapter 7
Case Filed: 7/12/2019
SSN: xxx-xx-1979

**NOTICE OF WITHDRAWAL**

Successor counsel having made an appearance, comes now Leonard E. Starr III, co-counsel for debtor, and gives notice of his Withdrawal as counsel for the debtor in this case.

*LEONARD E. STARR III*

/s/ Leonard E. Starr III

_____
**By Counsel**

October 28, 2020

Leonard E. Starr III Esquire    VSB #9203
Leonard Starr PC
P. O. Box 468
119 W. Williamsburg Road
Sandston, Virginia  23150
Tel 804 737-5216
Fax 804 737-8115
LStarr@Starr-Law.com
(Counsel for Debtor)

*PROOF OF SERVICE*

I hereby certify that on October 28, 2020, I served as indicated below a true copy of the foregoing.

/s/ Leonard E. Starr, III
_____
**Leonard E. Starr, III**

Kevin A. Lake, Esq.
MCDONALD, SUTTON & DUVAL, PLC
5516 Falmouth Street, Suite 108
Richmond, VA  23230
klake@mcdonaldsutton.com
Counsel for Trustee
Via ECF

Bruce E. Robinson, Trustee
PO Box 538
South Hill, VA  23970-0538
Via ECF

John P. Fitzgerald, III, U.S. Trustee
Office of the U.S. Trustee - Region 4-R
701 E. Broad Street, Ste. 4304
Richmond, VA  23219
Via ECF

Douglas Ray Cornell Jr.
Email